Nos. 04-00-00466-CR, 04-00-00467-CR & 04-00-00468-CR



Anthony RODRIGUEZ


Appellant



v.



The STATE of Texas


Appellee



From the 175th Judicial District Court, Bexar County, Texas


Trial Court Nos. 94-CR-6000, 00-CR-585 & 00-CR-1505


Honorable Mary Roman, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: March 14, 2001


APPEAL REINSTATED AND DISMISSED


 On January 22, 2001, this court abated this appeal to the trial court to hold a hearing to
determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and
whether counsel had abandoned this appeal. See Tex. R. App. P. 38.8(b)(2). On January 24, 2001,
appellant's counsel filed a motion to dismiss the appeal, stating appellant no longer wished to
prosecute his appeal. 

 On March 2, 2001, this court received a supplemental clerk's record from the trial court,
which contains the trial court's findings that appellant is incarcerated and no longer desires to
prosecute his appeal.

 It is therefore ordered that this appeal is reinstated on the docket of this court. The motion
to dismiss is granted and this appeal is dismissed. See Tex. R. App. P.42.2(a).

 Per Curiam

DO NOT PUBLISH